IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE INCYTE SHAREHOLDER          :          CIVIL ACTION
LITIGATION                                       :
                                                          :          No. 13-365

## <u>ORDER</u>

AND NOW, this 21st day of February, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motion to Dismiss the Consolidated Complaint (Document 32) is GRANTED. Plaintiff's claims are dismissed without prejudice. Plaintiff shall have thirty days from the date of this Order to file an amended Consolidated Complaint consistent with the accompanying Memorandum.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.