IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INCYTE SHAREHOLDER LITIGATION | : : : | CIVIL ACTION<br><br>No. 13-365 |

# **ORDER**

AND NOW, this 31st day of March, 2014, Plaintiff having failed to file an amended complaint as directed by this Court's Order of February 21, 2014, it is ORDERED the above-captioned case is DISMISSED with prejudice.[1]

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] To address the pleading deficiencies outlined in this Court's February 21, 2014, Memorandum, the Court granted Plaintiff leave to file an amended complaint within thirty days of the above-referenced Order dismissing Plaintiff's claims without prejudice. As of today's date, no amended complaint has been filed.